NUMBER 13-06-531-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


JOEL GALARZA, Appellant,


v.



SYLVIA GUANA, INDIVIDUALLY, ET AL., Appellees.

___________________________________________________________________


On appeal from the 275th District Court


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, JOEL GALARZA, perfected an appeal from a judgment entered by the
275th District Court of Hidalgo County, Texas, in cause number C-950-01-E-1. The parties
have filed a joint motion to dismiss the appeal. In the motion, the parties state that they
have reached an agreement to settle and compromise their differences in this matter. The
parties request that the Court dismiss the appeal and that costs be taxed against the party
incurring same in accordance with the parties' agreement. The Court, having considered
the documents on file and the parties' joint motion to dismiss the appeal, is of the opinion
that the motion should be granted. The joint motion to dismiss is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 1st day of March, 2007.